UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BENAVENTE, JR., | 1: 08 CV 0085 OWW  WMW HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR STAY OF PROCEEDINGS |
| v. | [Doc. 24] |
| ANTHONY HEDGPETH, WARDEN, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On July 3, 2008, Petitioner filed a motion to  stay the proceedings while Petitioner returns to state court to exhaust his state judicial remedies.  Respondent opposes the motion.

**DISCUSSION**

A district court has discretion to stay a petition which it may validly consider on the merits. Rhines v. Weber, 544 U.S.269, 276, 125 S.Ct. 1528, 1534 (2005); Calderon v. United States Dist. Court (Taylor), 134 F.3d 981, 987-88 (9th Cir. 1998); Greenawalt v. Stewart, 105 F.3d 1268, 1274

1  (9th Cir.), *cert. denied*, 519 U.S. 1102 (1997).  However, the Supreme Court recently held that this
2  discretion is circumscribed by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA).
3  <u>Rhines</u>, 125 S.Ct. at 1534. In light of AEDPA's objectives, "stay and abeyance [is] available only in
4  limited circumstances" and "is only appropriate when the district court determines there was good
5  cause for the petitioner's failure to exhaust his claims first in state court." <u>Id</u>. at 1535.  Even if
6  Petitioner were to demonstrate good cause for that failure, "the district court would abuse its
7  discretion if it were to grant him a stay when his unexhausted claims are plainly meritless." <u>Id</u>.
8      In this case, the Court does not find good cause to excuse Petitioner's failure to exhaust his
9  claims in state court.  Staying the case at this juncture in order to allow Petitioner to pursue a new
10 round of review in the state courts frustrates AEDPA's objective of encouraging finality and
11 undermines AEDPA's objective of streamlining federal habeas proceedings. <u>Id</u>. at 1534.
12 Accordingly, Petitioner's motion for stay of the proceedings is hereby DENIED.

15 IT IS SO ORDERED.

16 **Dated:   September 12, 2008**            /s/  **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE