1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10
11
   JAIME BENAVENTE, JR.,                    1: 08 CV 0085  WMW  HC
12
                          Petitioner,       ORDER GRANTING MOTION TO WITHDRAW
13                                          AS COUNSEL OF RECORD

14        v.
                                            [Doc. 28]
15
   ANTHONY HEDGPETH, WARDEN,
16
17                        Respondent.
                                         /
18   _____

19        Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

20   U.S.C. Section 2254.  On September 17,  Petitioner's counsel filed a motion to withdraw as counsel

21   of record in this case.  The motion is made upon the ground that a conflict of interest has arisen

22   wherein Attorney Roger T. Nuttall cannot ethically continue to represent the interests of Petitioner.

23   In his motion, Attorney Nuttall states that he has informed Petitioner of this motion, and has directed

24   detailed correspondence to Petitioner on this matter.  Good cause appearing, IT IS HEREBY

25   ORDERED as follows:

26        1)     the motion to withdraw as attorney of record is GRANTED;

27        2)     The Clerk of the Court is DIRECTED to substitute Petitioner as attorney of record in

28               this case;

3)    The Clerk of the Court is DIRECTED to correct the docket in this case to reflect Petitioner's last known address as stated on page three of the motion, and to serve Petitioner with a copy of this order at that address;

4)    Petitioner is GRANTED thirty (30) days from the date of service of this order within which to file a traverse in this case.

IT IS SO ORDERED.

**Dated:    October 2, 2008**          _____/s/  **William M. Wunderlich**_____
                                        UNITED STATES MAGISTRATE JUDGE