# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAIME BENAVENTE, JR.,                          1: 08 CV 0085 OWW  WMW HC

     Petitioner,            ORDER DENYING PETITIONER'S  MOTION
FOR STAY OF PROCEEDINGS

  v.                                    [Doc. 31]

ANTHONY HEDGPETH, WARDEN,

     Respondent.

————————————————————————/

   Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

U.S.C. Section 2254.  On October 2, 2008, the court entered an order granting counsel's motion to

withdraw and granting Petitioner an extension of time of thirty days to file his traverse.  Petitioner

has now filed a motion for a stay of this case and a ninety day extension of time in order to file his

traverse.   In light of the court already granting Petitioner a thirty day extension of time to file his

traverse, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    October 3, 2008**          _____**/s/  William M. Wunderlich**_____
           UNITED STATES MAGISTRATE JUDGE