1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11
JAIME BENAVENTE, JR.                    1: 08 CV 0085 WMW HC
12
                    Petitioner,          ORDER   STRIKING   MOTION   FOR
13                                        RECONSIDERATION OF REQUEST TO STAY
                                         PROCEEDINGS
14        v.
                                         [Doc. 33]
15
ANTHONY HEDGPETH, WARDEN,
16

17                  Respondent.
                                          /
18

19        Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

20   U.S.C. Section 2254.   On November 3, 2008, Petitioner filed a motion for reconsideration of this

21   court's order of October 6, 2008, denying Petitioner's request for a stay.  Petitioner's November 3,

22   2008 motion is not accompanied by proof of service on Respondent.   As was explained in the

23   information provided to Petitioner on December 21, 2007, after a respondent has appeared in a case,

24   all documents filed with the court must also be served on the respondent.  Accordingly, Petitioner's

25   motion filed November 3, 2008, is HEREBY STRICKEN and will not be considered by the court.

26   IT IS SO ORDERED.

27   Dated:    December 10, 2008            /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE
28