UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BENAVENTE, JR. | 1: 08 CV 0085 WMW HC |
| Petitioner, | ORDER DENYING MOTION FOR STAY AS MOOT. |
| v. | [Doc. 13] |
| ANTHONY HEDGPETH, WARDEN, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On March 20, 2008, Petitioner filed a motion for a stay of these proceedings. That motion is HEREBY DENIED AS MOOT in light of the court's order of October 6, 2008, denying Petitioner's subsequent motion for a stay.

IT IS SO ORDERED.

**Dated:  January 12, 2009**            /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE