UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BENAVENTE, JR., | 1:08-CV-00085 GSA HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR RESENTENCING |
| v. | [Doc. #58] |
| ANTHONY HEDGPETH, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On May 26, 2010, Magistrate Judge John M. Dixon issued an order granting the petition for writ of habeas corpus as to Ground One. Magistrate Judge Dixon ordered the case remanded to the Tulare County Superior Court and set a deadline of sixty days for resentencing without the gang enhancement as to Count Two.

On April 17, 2012, the Ninth Circuit Court of Appeal denied the appeal. On May 3, 2012, Petitioner filed a motion requesting the matter be remanded to the Tulare County Superior Court for resentencing. On May 8, 2012, the Court issued an order to show cause directing Respondent to state whether resentencing has occurred in this matter, and if not, why it has not occurred.

1    On June 6, 2012, Respondent filed a statement regarding Petitioner's resentencing. According to Respondent, resentencing in this matter occurred in Tulare County Superior Court on October 27, 2010. Respondent has submitted records from the Tulare County Superior Court reflecting same, and further showing that Petitioner was resentenced pursuant to Magistrate Judge Dixon's order of May 26, 2010. Since Petitioner has already been properly resentenced, his motion for resentencing is moot.

Accordingly, Petitioner's motion for resentencing is DENIED. This case is closed.

IT IS SO ORDERED.

Dated:   **June 12, 2012**                            **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE